IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

ROBERT L. COLLINS BEY,

    Plaintiff,

v.

SARAH GILLES,

    Defendant.

JUDGMENT IN A CIVIL CASE

17-cv-293-jdp

This action came for consideration before the court with District Judge James D. Peterson presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered in favor defendant dismissing this case.

/s/      11/6/2018

Peter Oppeneer, Clerk of Court      Date